MAY 26, 1987

No. 86–440. BECHTEL, INC. *v.* WEBSTER ET AL. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 53. ■

No. 86–1649. OHIO ET AL. *v.* ALLINDER ET AL. Appeal from C. A. 6th Cir. dismissed for want of jurisdiction. *Thornburgh* v. *American College of Obstetricians & Gynecologists*, 476 U. S. 747 (1986).

No. 86–6291. BECKNELL *v.* TEXAS. Appeal from Ct. Crim. App. Tex. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.